**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier AVILA–HERRERA,
Defendant–Appellant.**

No. 13–10554.

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Pamela Martin, Assistant U.S., Robert A. Bork, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Richard F. Boulware, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office Las Vegas, Las Vegas, NV, for Defendant–Appellant.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Javier Avila–Herrera appeals from the district court's judgment and challenges the 41–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Avila–Herrera contends that his sentence is substantively unreasonable because the district court did not sufficiently account for the mitigating circumstances related to his prior felony drug conviction. The district court did not abuse its discretion in imposing Avila–Herrera's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The court varied downward to account for Avila–Herrera's mitigating arguments. The sentence five months below the low end of the Guidelines range is substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3553(a). *See id.*

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.